**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

———————————

No. 97-2409WM

———————————

| | | |
|---|---|---|
| Byron Gorby; James Sanders; Rita Buckley; June O'Dell; Lee Terry; June Armstrong, | * <br> * <br> * <br> * | |
| Appellants, | * <br> * | |
| v. | * <br> * | |
| | * | Appeal from the United States |
| Harry O. Wilson; Ron Hoffman; Dennis Lemon; Elaine Fordyce; Cathy Kelley; James Cain; Eddie Garcia; City of Grandview, Missouri; | * <br> * <br> * <br> * | District Court for the Western District of Missouri. |
| | * | [UNPUBLISHED] |
| Appellees, | * <br> * | |
| Missouri Local Government Employees Retirement System. | * <br> * | |

———————————

Submitted:  December 11, 1997
Filed:  December 17, 1997

———————————

Before FAGG, BEAM, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

———————————

PER CURIAM.

Byron Gorby and five other employees of the City of Grandview, Missouri, appeal the magistrate judge's order dismissing their 28 U.S.C. § 1983 class action lawsuit for failure to state a claim.  Having reviewed the record and the parties' briefs,

we are satisfied the magistrate judge correctly applied the well-established rational basis test to the employees' contention that the City's refusal to refund the contributions members of the employee class made to the municipality's pension plan violated equal protection, and we find no basis for reversal of the magistrate judge's analysis. Accordingly, we affirm for the reasons stated in the magistrate judge's order.  <u>See</u> 8th Cir. R. 47B.

      A true copy.

        Attest:

            CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.